# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

### No. 201700376
_____

### UNITED STATES OF AMERICA
Appellee

v.

### AUSTIN C. WILLIAMS
Corporal (E-4), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Terrance J. Reese, USMC.
Convening Authority: Commanding Officer, Headquarters and Support Battalion, School of Infantry-East, Training Command, Camp Lejeune, NC.
Staff Judge Advocate's Recommendation: Major Nicholas A. Martz, USMC.
For Appellant: Lieutenant Captain Matthew A. Blackwood, USMCR.
For Appellee: Brian K. Keller, Esq.

_____

Decided 4 April 2018

_____

Before MARKS, WOODARD, and RUSSELL, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court